UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRUCE X. COOPER,                          :
                                          :
      Plaintiff                           :
                                          :
  v.                                      : CIVIL NO. 3:CV-07-620
                                          :
JEFFREY BEARD, et al.,                    : (Judge Kosik)
                                          :
      Defendants                          :

**O R D E R**

**NOW, THIS 21st DAY OF MAY, 2007,** upon consideration of Plaintiff's Motion to Dismiss Defendants' Brief and Supportive Documents" (Doc. 11), **IT IS HEREBY ORDERED THAT** said motion is **denied**.[1]

                                         *s/EDWIN M. KOSIK*
                                         United States District Judge

---

[1] In his motion, Plaintiff contends that the brief submitted by Defendants in support of their pending motion to dismiss is untimely. Plaintiff is incorrect in that on May 15, 2007, the court granted Defendants' second motion for extension of time to file their brief and supporting documents. (Doc. 10.) Defendants were given until May 18, 2007 to file their materials and did file them on said date.