UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRUCE X. COOPER,                          :
                                          :
       Plaintiff                          :
                                          :
  v.                                      :  CIVIL NO. 3:CV-07-620
                                          :
JEFFREY BEARD, et al.,                    :  (Judge Kosik)
                                          :
       Defendants                         :

**O R D E R**

**NOW, THIS 17th DAY OF AUGUST, 2007**, upon consideration of Plaintiff's Motion for Default Judgment (Doc. 21) filed on July 30, 2007, **IT IS HEREBY ORDERED THAT** said motion is **denied**.[1]

*/s/ EDWIN M. KOSIK*
United States District Judge

---

[1] On July 24, 2007, Defendants filed a motion for extension of time to file an answer to the complaint in this matter. The motion was granted on July 26, 2007, and Defendants afforded until July 30, 2007, to submit their answer. On July 30, 2007, an answer was filed. (Doc. 22). Accordingly, Plaintiff's motion for default is without merit.